IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE
MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TYLER THOMPSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-1925
LT Case Nos. 2021-300892-CFDB
               2021-300893-CFDB

Decision filed April 25, 2023

Appeal from the Circuit Court
for Volusia County,
Elizabeth A. Blackburn, Judge.

Matthew J. Metz, Public Defender, and
Steven N. Gosney, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, HARRIS and JAY, JJ., concur.